IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VALERIE KRONES                                                  PLAINTIFF


V.              Case No. 3:05CV00189 JFF


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                             DEFENDANT

## JUDGMENT

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 29th day of September, 2006.


                                   /s/ John F. Forster, Jr.
                             UNITED STATES MAGISTRATE JUDGE