IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VALERIE KRONES                                                                PLAINTIFF

v.                                      3:05CV00189  JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                      DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $1,677.45 (.75 hours at a rate of $156.00 per hour, 7.85 hours at a rate of $162.00 per hour, and 3.85 hours at a rate of $75.00 per hour) and expenses in the amount of $13.95.[1]  The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 18th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the Commissioner contends that Plaintiff's calculation of $1,677.45 contains a mathematical error and that Plaintiff is only entitled to $1676.92. In making this contention, the Commissioner relies on her calculation that 7.85 hours at a rate of $162.00 per hour is **$1271.17**. However, 7.85 hours at $162.00 per hour is actually **$1271.70**. Plaintiff's calculation of $1,677.45 is correct (.75 hours X $156 = $117.00, 7.85 hours X $162.00 = $1271.70, 3.85 hours X $75.00 = $288.75, and $117.00 + $1271.70 + $288.75 = $1,677.45).